# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHA P. DEVON, | : | MISCELLANEOUS ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 08-mc-00024 |
| | : | (93-cr-00138) |
| KOLPOTOSKY, et al., | : | |
| Respondents | : | |

## O R D E R

**AND NOW,** this   28th   day of April, 2011, upon consideration of the defendant's *pro se* motion for modification of sentence (Document #1), and the government's response thereto (Document #1425), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

IT IS FURTHER ORDERED that the second "motion" filed by the defendant informing the court that he did not want to be represented by the Federal Defenders' Association (Document #3) is DENIED as moot.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.